## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**RICHARD SAMSON,**

      **Plaintiff,**                              **Case No.**

**v.**

**FEDERAL EXPRESS CORPORATION,**

      **Defendant.**

_____/

## NOTICE OF REMOVAL

The Defendant, Federal Express Corporation ("FedEx"), files this Notice of Removal ("Notice").

1.    On or about December 10, 2010, an action was commenced against FedEx in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida.  This action is entitled *Richard Samson v. Federal Express,* Case No. 10 CA 004280 (hereinafter "State Court Action").

2.    In the State Court Action, Plaintiff alleges claim(s) under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, herein referred to as "Federal Claim," and Florida Civil Rights Act herein referred to as "State Claim," alleging disability discrimination.  This Court has original subject-matter jurisdiction over Plaintiff's Federal Claim, and this Court has supplemental jurisdiction over the State Claim pursuant to 28 U.S.C. § 1367.  Therefore, FedEx may remove this action pursuant to 28 U.S.C. §§ 1331 and 1441, because Plaintiff presents a federal question to be resolved.

3.      In the State Court Action, Plaintiff claims to be a resident of the State of Florida. Exhibit A, Complaint, ¶ 2. Upon information and belief, Plaintiff is a resident and citizen of the State of Florida.  FedEx is a foreign corporation incorporated in Delaware, and it has its principal place of business in Memphis, Tennessee.  The place of incorporation and the principal place of business apply both to the time of the events made the basis of this suit and to the time of removal.

4.      Plaintiff's Complaint contemplates an amount in excess of $75,000, exclusive of interest and costs.  Pursuant to applicable federal and state law this Court has the power to order front pay damages in lieu of reinstatement, and back pay and other damages are recoverable.

5.      Based on paragraphs 3-4 of this Notice, this Court has original jurisdiction over Plaintiff's claims based upon diversity of citizenship.  *See* 28 U.S.C. § 1332(a).  Therefore, this suit may be removed to this Court by FedEx pursuant to the provisions of 28 U.S.C. § 1441.

6.      All process, pleadings and orders that have been served on FedEx or have been filed by FedEx are attached hereto as exhibit "A".

7.      This Notice is timely brought.  Service upon FedEx occurred on or about December 22, 2010.  Therefore, pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within thirty (30) days after receipt of copy of the initial pleading setting forth the Plaintiff's claims.

8.    Removal venue is appropriate because the Middle District of Florida (Ft. Myers Division) embraces the place where the State Court Action is pending.

9.    Contemporaneous with the filing of this Notice, FedEx has given the State Court written notice of the removal.

10.    The required filing fee of $350 and an executed civil cover sheet accompany this Notice.

Dated: January 7, 2011.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, FL 32801-2366
Telephone:   407.393.2900
Facsimile:   407.393.2929

BY:    _____
Jeffrey B. Jones, Esquire
Florida Bar No.: 0039950
Email:  jbjones@littler.com

Frederick L. Douglas
TN Bar No.: 22356
(*Motion for Admission Pro Hac to be filed*)
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN  38125
Email: frederick.douglas@fedex.com

ATTORNEY(S) FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via FedEx overnight mail to: Ephraim R. Hess, Esquire, Ephraim Roy Hess, P.A., 2924 Davie Road, Suite 202, Davie, Florida 33314 on this 7th day of January, 2011.

_____

Jeffrey B. Jones, Esquire

Firmwide:99532243.1 056148.1000